**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| DANIEL HOLLIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APEX ROOFING AND CONSTRUCTION, INC.,<br><br>Defendant. | No.:<br><br>**DECLARATION OF MAX HOLT IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §1746, I, Max Holt, declare as follows:

1. My name is Max Holt. I am over 18 years of age. I suffer no mental disabilities and am otherwise competent to make this Declaration. I have personal knowledge of the information contained in this Declaration or obtained the information through a review of the corporate books and records of Apex Roofing and Construction, Inc. ("Apex Roofing").

2. I am the President of Apex Roofing, and am authorized to make this declaration on behalf of Apex Roofing.

3. Apex Roofing is a corporation organized under the laws of the State of Washington.

4. Apex Roofing's principal place of business is in Kent, Washington.

5. In the course of its investigation of Plaintiff's claims, and without waiver of any applicable attorney-client privilege and work product protection, Apex Roofing has reviewed

information available to it about telephone calls dating back to June 17, 2021 (the starting date of the two proposed classes).

6. A review of the information confirms that persons with telephone numbers with area codes outside the State of Washington would satisfy the requirements for membership in at least one of the proposed classes.

7. Additionally, even for people with Washington area code telephone numbers, Apex Roofing is familiar with instances when such people are were called and they advised that they had permanently moved out of the State of Washington.

8. Based on Apex Roofing's investigation and a review of information available to it, there were more than 3,333 persons who would satisfy the requirements for membership in at least one of the proposed classes, including the first proposed class.

9. To be clear, Apex Roofing disputes the accusations that these or any other text messages as alleged in the Complaint violated the Telephone Consumer Protection Act, Washington Commercial Telephone Solicitor Statute, or any other law in any way, especially when the class definitions include telephone calls that are permissible, and therefore Apex Roofing does not admit that any of these instances were violations.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/20/2025

Signed by:
Max Holt
4B115FA1333946F...

Max Holt