# EXHIBIT C

[redacted]

**From:** Walter Smith <walter@smithdietrich.com>
**Sent:** Monday, August 4, 2025 1:58 PM
**To:** David Rose <dmr@pnwfamilylaw.com>
**Cc:** Gabriela Perez <gp@pnwfamilylaw.com>
**Subject:** Re: Hollis v. Apex Roofing

Okay 20 days it is. We will await an answer by no later than August 25. I don't believe we need to file a motion, no.

Thanks—

Walter

Get Outlook for iOS [aka.ms]

---

**From:** David Rose <dmr@pnwfamilylaw.com>
**Sent:** Monday, August 4, 2025 1:52:26 PM
**To:** Walter Smith <walter@smithdietrich.com>
**Cc:** Gabriela Perez <gp@pnwfamilylaw.com>
**Subject:** RE: Hollis v. Apex Roofing

Thank you Walter for your response. I was instructed by the lead counsel to ask for 20 days if that is possible. We will do our best to respond prior to the expiration of 20 days. Let me know, thank you.
If we are in agreement it is my understanding that we do not need to file a motion in King County for an extension, correct?

David Rose

---

**From:** Walter Smith <walter@smithdietrich.com>
**Sent:** Monday, August 4, 2025 1:46 PM

**To:** David Rose <dmr@pnwfamilylaw.com>
**Cc:** Gabriela Perez <gp@pnwfamilylaw.com>
**Subject:** Re: Hollis v. Apex Roofing

Hi David — got your email. I am working remotely and not available to talk on the phone today. We are not about to file a default motion so your request for a time extension is ok. How long do you propose? We would like to see an answer within a week since we did serve defendant many weeks ago.

Thanks,

Walter

Get Outlook for iOS [aka.ms]

---

**From:** David Rose <dmr@pnwfamilylaw.com>
**Sent:** Monday, August 4, 2025 1:36:21 PM
**To:** walter@smithdietrich.com <walter@smithdietrich.com>
**Cc:** Gabriela Perez <gp@pnwfamilylaw.com>
**Subject:** Hollis v. Apex Roofing

This is my earlier email:

**Good morning Walter, I have been retained as local counsel for Apex Roofing in the action you have filed in Superior Court King County. I tried calling this morning but for some reason the call did not go through to your main line number. I need to speak with you if possible today. I am going to ask you for an extension of time to file a responsive pleading to your First Amended Class Action Complaint filed on July 25, 2025. Please let me know a good number for you and I will call you at a time mutually convenient. Thank you.**

David M. Rose
*Attorney at Law*
Pacific Northwest Family Law PLLC
216 S. Palouse St.
Walla Walla, WA 99362
**T:** (509) 524-8488
**F:** (509) 572-3701
dmr@pnwfamilylaw.com
http://www.pnwfamilylaw.com [pnwfamilylaw.com]