The Honorable Jamal N. Whitehead

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| Daniel Hollis, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Apex Roofing and Construction, Inc.,<br><br>Defendant. | Case No. 2:25-CV-01612<br><br>STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>Noting date: 12/31/25<br>Without oral argument |

Plaintiff Daniel Hollis and Defendant Apex Roofing and Construction, Inc. jointly move this Court without oral argument for an order of dismissal with prejudice of all claims by all parties in this action, without an assessment of fees or costs to any party. A proposed order is attached.

Respectfully stipulated, signed, and dated this 31st day of December, 2025.

SMITH & DIETRICH LAW OFFICES PLLC

*/s/ Walter Smith*

Walter M. Smith, WSBA #46695
Email: walter@smithdietrich.com
1226 State Avenue N.E., Suite 205
Olympia, WA 98506
Telephone: (360) 915-6952

*Attorneys for Plaintiff Daniel Hollis*

GREENSPOON MARDER LLP

*/s/ Roy Taub*

Jeffrey A. Backman (*pro hac vice*)
Florida Bar No. 662501
Roy Taub (*pro hac vice*)
Florida Bar No. 116263
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
(954) 491-1120
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

PACIFIC NORTHWEST FAMILY LAW
David Rose (WSBA No. 32849)
15400 SE 30th Place, Suite 206
Bellevue, WA 98007
(564) 212-2730
dmr@pnwfamilylaw.com
gp@pnwfamilylaw.com

*Attorneys for Defendant*