The Honorable Jamal N. Whitehead

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| Daniel Hollis, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Apex Roofing and Construction, Inc.,<br><br>Defendant. | Case No. 2:25-CV-01612<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE |

This matter is before the Court on the parties (Plaintiff Daniel Hollis and Defendant Apex Roofing and Construction, Inc.)'s Stipulated Motion for Dismissal with Prejudice of All Claims. The parties having consented thereto, and for good cause shown, the motion is GRANTED and it is ORDERED that all claims by all parties in this case are hereby dismissed with prejudice and without an award of fees or costs to any party. The Clerk is directed to close this case.

SO ORDERED this _____ day of _______________, 202__.

______________________________
Jamal N. Whitehead
United States District Judge

Presented by:

GREENSPOON MARDER LLP

*/s/ Roy Taub*
Jeffrey A. Backman (*pro hac vice*)
Florida Bar No. 662501

Roy Taub (*pro hac vice*)
Florida Bar No. 116263
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
(954) 491-1120
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

PACIFIC NORTHWEST FAMILY LAW
David Rose (WSBA No. 32849)
15400 SE 30th Place, Suite 206
Bellevue, WA 98007
(564) 212-2730
dmr@pnwfamilylaw.com
gp@pnwfamilylaw.com

*Attorneys for Defendant*